

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2022

No. 04-21-00387-CV

Donald W. **TAYLOR**,
Appellant

v.

Clark **ASPY**, Madison Preston and Naman Howell Smith & Lee, PLL,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16670
Honorable N. Keith Williams, Judge Presiding

# O R D E R

After this court struck appellant's original brief because it did not comply with Texas Rule of Appellate Procedure 38.1 and after being granted several extensions, appellant filed his pro se brief on July 25, 2022. Appellees filed their brief on August 18, 2022. Any reply brief appellant wished to file was due on September 7, 2022

On September 2, 2022, appellant filed a motion requesting a forty-five-day extension of time to (1) file a reply brief, (2) file an amended appellant's brief, and (3) amend and/or increase his word count. The motion is GRANTED IN PART AND DENIED IN PART.

Appellant is ORDERED to file his reply brief **no later than September 27, 2022**. Appellant's request to file an amended appellant's brief and amend and/or increase the word-count is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2022.



Michael A. Cruz,
Clerk of Court